**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Corral et al. v. Pooh Bah Enterprises, Inc., et al.

Case Number: 23-cv-01603

An appearance is hereby filed by the undersigned as attorney for:

All Plaintiffs

Attorney name (type or print): Patrick Cowlin

Firm: Hawks Quindel, S.C.

Street address: 111 E. Wacker Drive, Suite 2300

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6308800
(See item 3 in instructions)

Telephone Number: 312-205-1702

Email Address: pcowlin@hq-law.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/12/2024

Attorney signature: S/ Patrick Cowlin
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023